# First District Court of Appeal
## State of Florida

_____

No. 1D18-1869
_____

KENTWYNON DAVIS,

Petitioner,

v.

SHERIFF WALT MCNEIL, and
STATE OF FLORIDA,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 21, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Elizabeth Vallejo, Assistant Public Defender, Tallahassee, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondents.